# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **LISA WILSON,** )<br>)<br>**PLAINTIFF,** )<br>)<br>**v.** )<br>)<br>**ROBERT A. MCDONALD**[1]**,** )<br>**SECRETARY, DEPARTMENT OF** )<br>**VETERANS AFFAIRS,** )<br>)<br>**DEFENDANT.** )<br>)<br>) | **CASE NO.: 1:13-cv-930**<br><br>**CHIEF JUDGE SUSAN J. DLOTT** |

## NOTICE OF SETTLEMENT AGREEMENT

Comes now the Defendant, Robert A. McDonald, Secretary, Department of Veterans Affairs ("VA"), and gives notice to this Honorable Court that a settlement has been reached between Plaintiff, Lisa Wilson, and Defendant. Last month, Ms. Wilson and the VA agreed to settle all pending claims brought against the VA. A copy of this signed settlement agreement is attached hereto as Exhibit A.

> CARTER M. STEWART
> United States Attorney
>
> s/William B. King II
> _____
> William B. King II (W. Va. 10528)
> Trial Attorney for Defendants
> 221 East Fourth St., Suite 400
> Cincinnati, OH 45202
> (513) 684-3711   Tel.
> (513) 684-6972   Fax.
> Bill.King@usdoj.gov
>
> *Counsel for Defendant*

---

[1] Robert McDonald is the current secretary of the VA and was confirmed by the United States Senate on July 29, 2014. He replaced Acting VA Secretary Sloan Gibson, who replaced Eric Shinseki in May 2014.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, I filed the foregoing document with the Clerk of the Court on the CM/ECF filing system which sends notification of such filings to all parties receiving electronic mail.

 s/ William B. King II

WILLIAM B. KING II (W. Va. 10528)
Assistant United States Attorney